UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THOMAS S. KIRK and PAULINE R. KIRK,

    Plaintiffs,

  v.

HOLLAND AMERICA LINE, INC, et al.,

    Defendants.

CASE NO. C06-536C

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' Motion to Amend Complaint (Dkt. No. 7). Defendants have expressed their nonopposition to the proposed amendment (Dkt. No. 11). The Court hereby GRANTS Plaintiffs' Motion. Plaintiffs are directed to file their Amended Complaint on the Court's Docket within 5 days of the date of this Minute Order.

DATED this 12th day of May, 2006.

                              BRUCE RIFKIN, Clerk of Court

                              By    /s/ C. Ledesma
                                       Deputy Clerk

MINUTE ORDER – 1